# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Jones <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 17-00857 RNO |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association and index same on the master mailing list.

               Respectfully submitted,

               **/s/James C. Warmbrodt, Esquire**
               James C. Warmbrodt, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322 FAX (215) 627-7734