Certificate Number: 11760-PAM-DE-029040028

Bankruptcy Case Number: 17-00857


11760-PAM-DE-029040028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2017</u>, at <u>10:18</u> o'clock <u>AM PDT</u>, <u>Joseph Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 5, 2017</u>          By:   <u>/s/Jennifer L Walter</u>

                                  Name: <u>Jennifer L Walter</u>

                                  Title: <u>Teacher</u>