```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-00857-RNO
Joseph Jones                                                        Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 1      Date Rcvd: Apr 19, 2017
                              Form ID: ntcnfhrg          Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
```
db            +Joseph Jones,    11358 Airport Road,    Waynesboro, PA 17268-9443
4892053        Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
4892054        Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
4892055       +Capital Management Services, LP,    PO Box 964,    Buffalo, NY 14220-0964
4892057        Chase,   PO Box 1423,    Charlotte, NC 28201-1423
4892056        Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
4892058        Citizens Bank,    PO Box 42113,    Providence, RI 02940-2113
4897992       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
4892059        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
4892060        Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
4892062       +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
4892063        One Mail,    PO Box 9001122,    Louisville, KY 40290-1122
4892064       +Oral Pathology Consultants,    PO Box 1047,    Bel Air, MD 21014-7047
4892640       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892065       +Progressive MRI LLC,    c/o OAC,    PO Box 500,    Baraboo, WI 53913-0500
4892066        Renew Financial Corp II,    PO Box 809388,    Chicago, IL 60680-9388
4892067        Robinwood Dental Center,    11110 Medical Campus Road, Ste 148,    Hagerstown, MD 21742-6755
4892068       +Summit Physician Services,    785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
4892070       +Waynesboro Hospital,    501 East Main Street,    Waynesboro, PA 17268-2394
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4892052        E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:30     American Eagle Outfitters,
                PO Box 530942,    Atlanta, GA 30353-0942
4895038        E-mail/Text: mrdiscen@discover.com Apr 19 2017 19:22:51     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4892061        E-mail/Text: ebnsterling@weltman.com Apr 19 2017 19:23:19     Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
4892069        E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2017 19:19:30     Walmart Mastercard/SYNCB,
                PO Box 960024,    Orlando, FL 32896-0024
4892071        E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 19 2017 19:23:57
                Waynesboro Hospital,    c/o CMC,    PO Box 16346,    Pittsburgh, PA 15242-0346
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor Joseph  Jones aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joseph Jones  
Debtor(s)

Chapter 13

Case No. 1:17−bk−00857−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **May 19, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 24, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 19, 2017 |