# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania

| | |
|---|---|
| **In re:** | } |
| | } Case No. 1-17-0085 |
| Joseph Jones | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

### DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 USC SECTIONS 1129(a)(14), 1225(a)(8) AND (a)(9)

I, Joseph Jones, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on May 24, 2017.
2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.
3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 15, 2017                    BY: /s/ Joseph Jones_____
                                            Joseph Jones