IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
    **Joseph Jones,**              )    Case No.  **1-17-00857-RNO**
                                    )    **Chapter 13**
    **Debtor**                     )

# FIRST AMENDED REQUEST FOR PAYMENT OF
# CHAPTER 13 COMPENSATION AND EXPENSES

<u>Instructions:</u>  Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order.  Complete Part C for all requests for payment of compensation and expenses.

A.  Presumptively reasonable fee under L.B.R. 2016-2(c)                             $4,000.00
1.  Amount Agreed to by debtor(s)                                                   $4,000.00
2.  Less amount paid to attorney prior to filing petition                           $2,000.00
3.  Balance of compensation to be paid through plan distributions                   $2,000.00
4.  Expenses advanced to be paid through plan distributions                         $0.00
    (describe expense and amount)

B.  Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1.  Retainer Received                                                               $
2.  Compensation earned prepetition and paid to attorney prior to filing            $
3.  Expenses reimbursed prepetition                                                 $
4.  Balance in retainer after deduction of prepetition compensation and expenses    $
5.  Compensation and expenses approved by the Court to be paid through Plan         $
    distributions less balance in client trust account

C.  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $2,000.00


Date: August 2, 2017                    /s/ Aaron J. Neuharth_____
                                        Aaron J. Neuharth, Esquire
                                        Supreme Ct. No. 88625
                                        PO Box 359
                                        Chambersburg, PA 17201
                                        (717)264-2939

Case 1:17-bk-00857-RNO    Doc 26    Filed 08/02/17    Entered 08/02/17 08:41:10    Desc
Main Document      Page 1 of 1