```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 17-00857-RNO
Joseph Jones                                                    Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner             Page 1 of 2            Date Rcvd: Sep 20, 2017
                             Form ID: pdf010           Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
```
db            +Joseph Jones,    11358 Airport Road,    Waynesboro, PA 17268-9443
4892053       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
4923110       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4892054        Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
4892055       +Capital Management Services, LP,    PO Box 964,    Buffalo, NY 14220-0964
4892057        Chase,   PO Box 1423,    Charlotte, NC 28201-1423
4892056        Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
4892058        Citizens Bank,    PO Box 42113,    Providence, RI 02940-2113
4897992       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
4892059        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
4892060        Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
4941534       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
               Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4892062       +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
4892064       +Oral Pathology Consultants,    PO Box 1047,    Bel Air, MD 21014-7047
4892065       +Progressive MRI LLC,    c/o OAC,    PO Box 500,    Baraboo, WI 53913-0500
4892066        Renew Financial Corp II,    PO Box 809388,    Chicago, IL 60680-9388
4892067        Robinwood Dental Center,    11110 Medical Campus Road, Ste 148,    Hagerstown, MD 21742-6755
4892068       +Summit Physician Services,    785 Fifth Ave., Ste 3,    Chambersburg, PA 17201-4232
4892070       +Waynesboro Hospital,    501 East Main Street,    Waynesboro, PA 17268-2394
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:42
               PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4892052        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2017 19:24:11     American Eagle Outfitters,
               PO Box 530942,    Atlanta, GA 30353-0942
4895038        E-mail/Text: mrdiscen@discover.com Sep 20 2017 19:21:52     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
4892061        E-mail/Text: ebnsterling@weltman.com Sep 20 2017 19:22:42     Kay Jewelers,    PO Box 740425,
               Cincinnati, OH 45274-0425
4927752       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2017 19:23:25      MIDLAND FUNDING LLC,
               MIDLAND CREDIT MANAGEMENT, INC. as agent,     for MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
4924320        E-mail/PDF: cbp@onemainfinancial.com Sep 20 2017 19:24:28     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
4892063        E-mail/PDF: cbp@onemainfinancial.com Sep 20 2017 19:24:09     One Mail,    PO Box 9001122,
               Louisville, KY 40290-1122
4963276        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:59
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4963277        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:20
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4943980        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:41
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4892640       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2017 19:24:21
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892069        E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2017 19:24:50     Walmart Mastercard/SYNCB,
               PO Box 960024,    Orlando, FL 32896-0024
4892071        E-mail/Text: kcarter@creditmanagementcompany.com Sep 20 2017 19:23:40      Waynesboro Hospital,
               c/o CMC,   PO Box 16346,    Pittsburgh, PA 15242-0346
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor Joseph  Jones aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**JOSEPH JONES**

* Debtors

Chapter: 13

Case Number: 1-17-bk-00857 RNO

Document No.: 5

Nature of Proceeding: **Chapter 13 Plan**

## ORDER

After due consideration of the Debtor's Chapter 13 Plan, filed to Docket No. 5, and the Objection of JPMorgan Chase Bank ("JPM") thereto, after hearing held on September 20, 2017, it is

ORDERED that on or before October 15, 2017, JPM must provide to Debtor's counsel a post-petition payment history as it relates to this property. Should JPM fail to timely provide the post-petition payment history, JPM will be precluded from offering any portion of said post-petition payment history as evidence in any subsequent hearings; and,

FURTHER ORDERED that the confirmation hearing is continued to **October 20, 2017**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 20, 2017