UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Joseph Jones | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Joseph Jones, | : | Case No. 1-17-bk-00857-RNO |
| Debtor | : | |
| | : | |
| Vs. | : | |
| | : | |
| JPMorgan Chase Bank, | : | |
| Respondent | : | |

## PRAECIPE TO WITHDRAW

TO THE PROTHONOTARY:

Kindly withdraw the Objection to Proof of Claim Number 8 filed on behalf of the debtor in the above matter on July 12, 2017 at docket number 25 as our objection has been resolved.

I verify that statements made in this document are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to authority.

Date: October 6, 2017        /s/ Aaron J. Neuharth_____
                             Aaron J. Neuharth, Esquire
                             PA ID# 88625
                             Counsel for Debtor
                             PO Box 359
                             Chambersburg, PA 17201
                             (717) 264-2939