```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-00857-HWV
Joseph Jones                                                        Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 2          Date Rcvd: Nov 02, 2017
                              Form ID: ntcnfhrg          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Joseph Jones,    11358 Airport Road,    Waynesboro, PA 17268-9443
4892053       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
4923110        +Bank of America, N.A.,     P O Box 982284,   El Paso, TX 79998-2284
4892054         Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
4892055        +Capital Management Services, LP,     PO Box 964,    Buffalo, NY 14220-0964
4892057         Chase,   PO Box 1423,    Charlotte, NC 28201-1423
4892056         Chase,   PO Box 78420,    Phoenix, AZ 85062-8420
4892058         Citizens Bank,    PO Box 42113,    Providence, RI 02940-2113
4897992        +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,     Riverside, RI 02915-3019
4892059         Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
4892060         Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
4941534        +JPMorgan Chase Bank, National Association,     c/o Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4892062        +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
4892064        +Oral Pathology Consultants,    PO Box 1047,    Bel Air, MD 21014-7047
4892065        +Progressive MRI LLC,    c/o OAC,    PO Box 500,    Baraboo, WI 53913-0500
4892066         Renew Financial Corp II,    PO Box 809288,    Chicago, IL 60680-9388
4892067         Robinwood Dental Center,    11110 Medical Campus Road, Ste 148,     Hagerstown, MD 21742-6755
4892068        +Summit Physician Services,    785 Fifth Ave., Ste 3,     Chambersburg, PA 17201-4232
4892070        +Waynesboro Hospital,    501 East Main Street,    Waynesboro, PA 17268-2394

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:18:16
                PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4892052         E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 18:55:45      American Eagle Outfitters,
                PO Box 530942,    Atlanta, GA 30353-0942
4895038         E-mail/Text: mrdiscen@discover.com Nov 02 2017 18:53:12      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
4892061         E-mail/Text: BKRMailOPS@weltman.com Nov 02 2017 18:53:22      Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
4927752        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 18:53:30      MIDLAND FUNDING LLC,
                MIDLAND CREDIT MANAGEMENT, INC. as agent,     for MIDLAND FUNDING LLC,     PO Box 2011,
                Warren, MI 48090-2011
4924320         E-mail/PDF: cbp@onemainfinancial.com Nov 02 2017 18:56:04      ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
4892063         E-mail/PDF: cbp@onemainfinancial.com Nov 02 2017 18:55:55      One Mail,    PO Box 9001122,
                Louisville, KY 40290-1122
4963276         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:37
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4963277         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:37
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4943980         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:26
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4892640        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 19:01:36
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4892069         E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 18:55:54      Walmart Mastercard/SYNCB,
                PO Box 960024,    Orlando, FL 32896-0024
4892071         E-mail/Text: kcarter@creditmanagementcompany.com Nov 02 2017 18:53:45      Waynesboro Hospital,
                c/o CMC,    PO Box 16346,    Pittsburgh, PA 15242-0346
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
          Aaron John Neuharth    on behalf of Debtor 1 Joseph  Jones aneuharth@neuharthlaw.com,
           smartin@neuharthlaw.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joseph Jones  
Debtor(s)

Chapter 13

Case No. 1:17−bk−00857−HWV

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor is rescheduled for the date indicated below.

**December 2, 2017** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 13, 2017 Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2017 |