IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Joseph J. Jones, ) Case No. 17-00857
) Chapter 13
)
Debtor )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtor, Joseph J. Jones.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

Please enter my appearance as attorney for the Debtor, Joseph J. Jones, in the above-captioned case.

Date: 3/10/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
Nicklas + Snyder
183 Lincoln Way East
Chambersburg PA 17201
717-414-7242