# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JOSEPH JONES                                         Case No.: 1-17-00857-HWV
                                                                 Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                       **MORTGAGE INFORMATION**

Creditor Name:                       JPMORGAN CHASE BANK, NA
Court Claim Number:               08
Last Four of Loan Number:       6288/PRE ARREARS/11358 AIRPORT RD
Property Address if applicable:    11358 AIRPORT ROAD, , WAYNESBORO, PA17268

**PART 2:**                       **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,094.38 |
| b. | Prepetition arrearages paid by the Trustee: | $1,094.38 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,094.38 |

**PART 3:**                       **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                       **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2022            Respectfully submitted,

                                       s/ Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Fax: (717) 566-8313
                                       eMail: info@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 08

```
CLM #    CHECK #     DATE         PRIN PAID    INT PAID    TOTAL DISB

5200     9004662     02/08/2018    $1,094.38    $0.00       $1094.38
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH JONES  Case No.: 1-17-00857-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

HANNAH HERMAN-SNYDER  SERVED ELECTRONICALLY
183 LINCOLN WAY EAST
CHAMBERSBURG PA, 17201-

Chase Records Center  SERVED BY 1ST CLASS MAIL
ATT: CORRESPONDENCE MAIL, MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA, 71203

JOSEPH JONES  SERVED BY 1ST CLASS MAIL
11358 AIRPORT ROAD
WAYNESBORO, PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2022

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com